FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALAN RAY MCDOWELL,<br><br>      Petitioner,<br><br>  v.<br><br>STATE OF WASHINGTON,<br><br>      Respondent. | NO: 2:21-CV-00332-RMP<br><br>ORDER DISMISSING HABEAS CORPUS PETITION |

On December 2, 2021, the Court directed Petitioner Alan Ray McDowell to show cause why his Petition for Writ of Habeas Corpus should not be dismissed. ECF No. 8 at 11. Specifically, Petitioner had failed to name a proper respondent, thus depriving the court of personal jurisdiction. *See Stanley v. Cal. Sup. Ct.,* 21 F.3d 359, 360 (9th Cir. 1994). Furthermore, Petitioner failed to demonstrate that he is "in custody" for purposes of federal habeas corpus relief. *See* 28 U.S.C. § 2254(a); *Maleng v. Cook,* 490 U.S. 488, 490–91 (1989).

Petitioner is proceeding *pro se* and has paid the $5.00 filing fee to commence this action. Respondent has not been served. The Court cautioned Petitioner that the

ORDER DISMISSING HABEAS CORPUS PETITION -- 1

1  failure to show cause would be construed as his consent to the dismissal of this

2  action. ECF No. 8 at 11. Petitioner did not comply with the Court's directive and

3  has filed nothing further in this action. Therefore, for the reasons set forth in the

4  Order to Show Cause, ECF No. 8, **IT IS ORDERED** that the Petition, ECF No. 1, is

5  **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

6      **IT IS SO ORDERED**. The District Court Clerk is **DIRECTED** to enter

7  this Order, enter judgment, provide copies to Petitioner and **CLOSE** the file.

8  The Court certifies that an appeal from this decision could not be taken in good

9  faith and there is no basis upon which to issue a certificate of appealability. *See* 28

10  U.S.C. §§ 1915(a)(3), 2253(c); Fed. R. App. P. 22(b).

11      **DATED** January 5, 2022.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        United States District Judge

ORDER DISMISSING HABEAS CORPUS PETITION -- 2